UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                   Case No. 8:21-cr-287-VMC-CPT

JONATHAN DANIELS

**CLERK'S MINUTES**
Proceeding: Motion Hearing
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: October 25, 2022 |
| Deputy Clerk: Ashley Sanders | Time: 10:03 a.m. |
| USPO: none | Recess: 10:59 a.m. |
| Court Reporter: Digital | Total Time: 56 min |
| Interpreter: none | |

Counsel for USA: Abbigail King, AUSA
Counsel for Defendant: Darlene Barror, CJA

Court calls case and counsel enters appearances.

Oral motion to close the courtroom by defendant. No objection. Government exits the courtroom. Courtroom sealed.

Court hears from parties as to issues related to attorney-client relationship.

Court re-opens courtroom and government returns.

Court denies motion without prejudice.

Recess.